JOHN MCCORMICK, Respondent, v. JAMES M. THOMPSON, Appellant, Impleaded with Another.

*McCormick* v. *Thompson*, 143 App. Div. 972, affirmed.
(Argued November 22, 1912; decided December 10, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 14, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages alleged to have been occasioned plaintiff by the false and fraudulent representations of defendant.

*Erskine C. Rogers* for appellant.

*Henry W. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.